STATE OF MAINE                                          SUPERIOR COURT
CUMBERLAND, ss                                          CIVIL ACTION
                                                        DOCKET NO. CV-00-085

STATE OF MAINE
CUMBERLAND, ss
CLERK'S OFFICE

Mar 12   12 37 PM '01   NM-CUM- 3/12/2001

ALPHONSO JIMINO and
PHYLLIS JIMINO,

        Plaintiffs

        vs.                                    ORDER ON DEFENDANT'S MOTION
                                               FOR SUMMARY JUDGMENT

TOWN OF YARMOUTH,

        Defendant


In their complaint, the plaintiffs seek damages from the defendant based on a theory of promissory estoppel. See Def.'s SUMF, ¶ 16; Cottle Enterprises, Inc. v. Town of Farmington, 1997 ME 78, ¶ 17 n.6, 693 A.2d 330, 335 n.6. The plaintiffs' claims are not governed by the Maine Tort Claims Act. See Heber v. Lucerne-in-Maine Village Corp., 2000 ME 137, ¶ 15, 755 A.2d 1064, 1068; Mueller v. Penobscot Valley Hosp., 538 A.2d 294, 297-98 (Me. 1988); see also Def.'s Mem. at 7 n.3.

The issuance of a building permit by a code enforcement officer does not constitute a promise by the Town. See Sirois v. Town of Frenchville, 441 A.2d 291, 295 (Me. 1982); see also Tarbuck v. Jaeckel, 2000 ME 105, ¶ 18, 752 A.2d 176, 181 (absence of promise forecloses argument of promissory estoppel).

Finally, based on the factual determination of the Town's Planning Board, the plaintiffs' construction was located within 75 feet of the upland edge of a wetland. See Town of North Berwick v. Jones, 534 A.2d 667, 669-70 (Me. 1987); Def.'s SUMF, ¶ 9, Attachment E; but cf. Pls.' SDMF, ¶¶ 11-15, 17. The code enforcement officer did not have the authority to issue a building permit for construction within 75 feet of

the upland edge of a wetland. <u>See</u> <u>Cottle</u>, 693 A.2d at 331; <u>Shackford & Gooch, Inc.</u> <u>v.</u>

<u>Town of Kennebunk</u>, 486 A.2d 102, 106 (Me. 1984); Def.'s SUMF, ¶¶ 8, 10-11.

The entry is

The Defendant's Motion for Summary Judgment is GRANTED. Judgment is entered in favor of the Defendant and against the Plaintiffs on the Plaintiffs' Complaint.

Dated: March 10, 2001

Nancy Mills
Justice, Superior Court

2



Date Filed 02-04-00    CUMBERLAND County    Docket No. CV 00-085

Action     CONTRACT

ALPHONSO JIMINO and
PHYLLIS JIMINO

TOWN OF YARMOUTH

vs.

**Plaintiff's Attorney**

JOHN P. BAUSE ESQ 784-3576
PO BOX 961, LEWISTON ME 044243

**Defendant's Attorney**

DAVID HERZER, JR., ESQ. 775-0808
P. O. BOX 4600
PORTLAND, MAINE  04112-4600

Date of
Entry